Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Hwy, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LIPP JR., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PINPOINT OFFERS USA LLC, a California company,<br><br>*Defendant.* | Case No. 8:24-cv-00940-MRA-KES<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Lipp hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a stipulation of dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the dismissal stipulation.

DATED: October 1, 2024         Respectfully Submitted,

By: /s/ *Rachel E. Kaufman*

Rachel E. Kaufman (CSB# 259353)
Kaufman P.A.
237 South Dixie Hwy, 4th Floor
Coral Gables, FL 33133
(305) 469-5881
Email: Rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*

-2-