Rachel E. Kaufman (CSB# 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Hwy, 4th Floor
Coral Gables, Florida 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LIPP JR., individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PINPOINT OFFERS USA LLC, a California company,<br><br>*Defendant.* | Case No. 8:24-cv-00940-MRA-KES<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lipp and Defendant Pinpoint Offers USA LLC hereby stipulate to the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED: December 2, 2024         Respectfully Submitted,

By: /s/ *Rachel E. Kaufman*

Rachel E. Kaufman (CSB# 259353)
Kaufman P.A.
237 South Dixie Hwy, 4th Floor
Coral Gables, FL 33133
(305) 469-5881
Email: Rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*

By: */s/ Patricia Brum*

Patricia Brum, Bar No. 296629
pbrum@swlaw.com
SNELL & WILMER L.L.P.
350 South Grand Avenue Suite 3100
City National 2CAL
Los Angeles, California 90071
Telephone: 213.929.2500
Facsimile: 213.929.2525

*Attorneys for Defendant*
PINPOINT OFFERS USA LLC